**Order entered August 2, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00578-CV

### LAST FRONTIER REALTY CORPORATION, Appellant

### V.

### BUDTIME FOREST GROVE HOMES, LLC, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13968**

## ORDER

Before the Court is appellant's August 1, 2018 motion for an extension of time to file a brief. Although the docketing statement filed by the prior counsel for appellant indicated that the reporter's record had not been requested, appellant states in his motion that it does need the reporter's record. Accordingly, on the Court's own motion, we **ORDER** Sheretta Martin, Official Court Reporter for the 162nd Judicial District Court, to file, **WITHIN THIRTY DAYS** of the date of this order, either (1) the reporter's or (2) written verification that appellant has not requested preparation of the reporter's record or paid or made arrangements to pay for the reporter's record. We caution appellant that if the Court receives written verification of no request or no payment, the Court will order the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DENY** appellant's motion as premature.  Appellant's brief will be due thirty days after the reporter's record is filed.  *See* TEX. R. APP. P. 38.6(a)(2).

/s/    ADA BROWN
       JUSTICE